UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA          DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983


Joseph Louis D'Alessandro, III .

Inmate # B08864 .
(Enter full name of Plaintiff)

SECOND AMENDED COMPLAINT

vs.

CASE NO: 3:17-CV-95-RV-CJK
(To be assigned by Clerk)

. Schrock, J. Ellis, .
. Gibbs, M. Donahoo .

_____,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.    PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:    Joseph Louis D'Alessandro, III

Inmate Number    B088604

Prison or Jail:    Union CI

Mailing address:    P.O. Box 1000
                    Raiford, FL 32083

## II.    DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>**every**</u> Defendant:

(1)    Defendant's name:    . Schrock

        Official position:    Lieutenant

        Employed at:    Santa Rosa CI

        Mailing address:    5850 E. Milton Rd.
                            Milton, FL 32583

(2)    Defendant's name:    J. Ellis

        Official position:    Sergeant

        Employed at:    Santa Rosa CI

        Mailing address:    5850 E. Milton Rd.
                            Milton, FL 32583

(3)    Defendant's name:    . Gibbs

        Official position:    Correctional Officer

        Employed at:    Santa Rosa CI

        Mailing address:    5850 E. Milton Rd.
                            Milton, FL 32583

## <u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>

2

(4)   M. Donahoo
      Registered Nurse
      Santa Rosa CI
      5850 E. Milton Rd.
      Milton, FL 32583

-2a-

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
     Yes(  )                          No(X)

1.   Parties to previous action:
     (a)   Plaintiff(s): _____

     (b)   Defendant(s): _____

2.   Name of judge: _____      Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____
     _____                    -

     **(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

     Yes(  )                          No(X)

1.   Parties to previous action:
     a.   Plaintiff(s): _____

     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____      Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

3

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(X)                              No(  )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): Joseph Louis D'Alessandro, III
     b.   Defendant(s): J. Coker, et al.
2.   District and judicial division: U.S. District Court for the N. District of FLA. Pensacola Division.
3.   Name of judge: Elizabeth M. Timothy   Case #: 3:17CV97/LAC/EMT
4.   Approximate filing date: February 7, 2017
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: Excessive force - Eighth Amendment Violation.

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(  )                              No(X)

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____   Case Docket # _____
4.   Approximate filing date: _____   Dismissal date: _____
5.   Reason for dismissal: _____

4

6.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

- 1. At all time relevant to this complaint Plaintiff was incarcerated at Santa Rosa Correctional Institution ("SRCI"), and was housed in Cell 3211 in C-dormitory.
- 2. Each defendant acted under color of State law during the events described in this complaint.
- 3. The events described in this complaint occurred on June 20, 2016, from approximately 11:00 a.m. to 12:00 p.m.
- 4. Plaintiff was in the C-dormitory Sally port, and attempted to assault another inmate.
- 5. Sergeant Ellis pulled the inmate to safety and secured him into a locked shower in quad 3, away from any further threat.
- 6. Sergeant Ellis came back into the Sally port, came up to me when officer Gibbs was escorting me and swung and punched me in the face.
- 7. Then both Sergeant Ellis and officer Gibbs slammed me to the hard floor for no apparent reason but to injure me.
- 8. Officer Gibbs cut my left leg open with an unknown object, and he pressed down the leg restraints on my ankles extremely tight- both causing me severe pain and suffering.

- 9. Sergeant Ellis punched me in my left side of face, and cut my left hand putting a 2-inch laceration, as well as multiple bruises and swelling on my left arm.
- 10. Lieutenant Schrock came and assisted this excessive force and put all his weight of his left knee on my right arm and elbow area causing bruises, swelling, and numbness.
- 11. All of these described events are on video camera recordings.
- 12. Plaintiff was then escorted to a post use of force medical examination.
- 13. Registered Nurse Donahoo failed to fully and adequately examine my entire body and properly document all my injuries.
- 14. Registered Nurse Donahoo did not examine my legs, ankles and feet because officer Gibbs told her not to check that area because he knew he pressed the leg restraints tight and cut me, that my legs were injured.
- 15. Plaintiff has filed numerous medical sick calls, and my ankles and feet are not fully healed and are always swollen and in pain.
- 16. Plaintiff has never had any medical issues of the legs like this now, prior to the excessive force described.
- 17. The institutional inspector had photographs taken as evidence of all my injuries at complaint.
- 18. Plaintiff also stated on the handheld operated cell video/audio camera all events described in this complaint.

6

## VI. STATEMENT OF CLAIMS:

1. Lieutenant Schrock, Sergeant Ellis and Officer Gibbs have maliciously and sadistically harmed and injured me with cruel and unusual punishment violating my Eighth Amendment United States Constitutional Rights.

2. Registered Nurse Donahoo has failed to adequately report, document and treat my injuries with appropriate medical care constituting deliberate indifference and violating my Eighth Amendment United States Constitutional Rights.

## VII. RELIEF REQUESTED:

A. Plaintiff seeks jury trial on all issues triable by jury.

B. Award Compensatory damages in the following amounts:
1. $100,000.00 jointly and severally against defendants Schrock, Ellis and Gibbs for the physical and emotional injuries sustained as a result of the beating on Plaintiff.
2. $25,000.00 against defendant Donahoo for not reporting, documenting and treating my injuries with proper medical care.

7

C. Award Punitive damages in the following
amounts:
1. $100,000.00 jointly and severally against
defendants Schrock, Ellis and Gibbs.
2. $25,000.00 against defendant Donahoo.

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING
ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

6/5/17
(Date)

(Signature of Plaintiff)

If Mailed by Prisoner:

I declare under penalty of perjury that
this complaint was delivered to prison official for
mailing on: the 7th day of June, 2017.

Respectfully Submitted,

Joseph Louis D'Alessandro, III
Inmate DC#B08864
Union Correctional Institution
P.O. Box 1000
Raiford, FL 32083

RECIEVED
UNION CORRECTIONAL INSTITUTION

JUN 07 2017
BY:
FOR MAILING

8