IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

v.                                                   Case No. 3:17-cv-95-RV/CJK

J. COKER, et al.,

    Defendants.

_____

## MOTION TO DISMISS OF
## DEFENDANTS, JOSEPH SCHROCK AND JUSTIN ELLIS

Defendants, Joseph Schrock and Justin Ellis ("Defendants"), through the undersigned counsel, hereby moves this Court for an order dismissing the Complaint filed herein and in support state:

The Plaintiff fails to state a claim for which relief can be granted because Plaintiff's claims for damages against the Defendants in their official capacities are barred by the Eleventh Amendment of the U.S. Constitution.

1

## Factual Allegations

1. Plaintiff was a state prisoner in the custody of the Florida Department of Corrections ("FDOC").

2. At all times material to Plaintiff's Complaint, the Defendants, Joseph Schrock and Justin Ellis, were employees of the FDOC.

3. On June 20, 2016, Plaintiff alleges he was being escorted from medical by Corrections Officer Gibbs.

4. Plaintiff alleges that after an altercation with another inmate during said escort, said Defendants Joseph Schrock and Justin Ellis physically battered him for no reason.

5. Plaintiff has filed a civil rights lawsuit pursuant to 42 U.S.C. 1983, alleging that both said Defendants violated his Eighth Amendment rights by excessive use of force.  (Doc. 8; pgs. 3 and 4; paras. V and VI(1))[1]

6. Plaintiff is seeking compensatory damages against both Defendants. (Doc 8; pg. 4; para. VI(1))

7. Both Defendants are being sued in their official and individual capacities. (Doc. 8; pg. 1; caption)

---

[1]  Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number, page number, and paragraph number.

## **MEMORANDUM OF LAW**

<u>The Plaintiff fails to state a claim for which relief can be granted because Plaintiff's claims for damages against the Defendants in their official capacities are barred by the Eleventh Amendment of the U.S. Constitution.</u>

To the extent that this claim is pled as a suit against Defendants, Joseph Schrock and Justin Ellis, as employees of the Florida Department of Corrections in their official capacities, it is deemed to be a suit against the state for Eleventh Amendment purposes.  <u>Will v. Michigan Dep't of State Police</u>, 491 U.S. 58, 71, 109 S.Ct. 2304, 105 L.Ed.2d 45, 58 (1989).  Absent waiver or express congressional abrogation, neither of which is present in this case, the Eleventh Amendment prohibits a suit for damages brought by a private individual against a state in federal court.  <u>Federal Maritime Comm'n v. South Carolina State Ports Auth.</u>, 535 U.S. 743, 122 S.Ct. 1864, 152 L.Ed.2d 962 (2002); <u>Kentucky v. Graham</u>, 473 U.S. 159, 167 n. 14, 105 S.Ct. 3099, 87 L.Ed.2d 114 (1985); <u>Gamble v. Florida Dep't of Health and Rehabilitative Services</u>, 779 F.2d 1509, 1511 (11th Cir. 1986).  Eleventh Amendment immunity extends also to state agents and state instrumentalities (<u>Regents of the Univ. of California v. Doe</u>, 519 U.S. 425, 429, 117 S.Ct. 900, 137 L.Ed.2d 55 (1997)) and arms of the state as well as state officials.  <u>Mt. Healthy City Sch. Dist. Bd. Of Educ. v. Doyle</u>, 429 U.S. 274, 280, 97 S.Ct. 568, 50 L.Ed.2d 471 (1977).

Based upon the foregoing, the claims for compensatory damages against said Defendants acting in their official capacities should be dismissed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Dismiss of Defendants, Joseph Schrock and Justin Ellis, was filed electronically through CM/ECF on August 3, 2017, and furnished by United States Mail to Joseph Louis D'Alessandro, III, DC# B08864, Union Correctional Institution, Post Office Box 1000, Raiford, Florida, 32083, on August 3, 2017.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

*/s/ J. Bruce Bickner*
J. Bruce Bickner
Assistant Attorney General
Florida Bar No. 338656
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (904) 348-2724 Ext. 105
Facsimile: (850) 488-4872
Email: James.Bickner@myflorida legal.com