INMATE '17/8/15 A 61D011013714 30823
'17/8/15

Case 3:17-cv-00095-RV-CJK   Document 34   Filed 08/25/17   Page 1 of 3

RECIEVED
UNION CORRECTIONAL INSTITUTION
AUG 22 2017
BY: ___MF___
FOR MAILING

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

Joseph Louis D'Alessandro, III
Inmate #B08864, Plaintiff.

CASE NO: 3:17-CV 95/RV/CJK

v.

J. Coker, et. al.,
    Defendant(s).
_____/

## RESPONSE TO MOTION TO DISMISS OF
## DEFENDANTS, JOSEPH SCHROCK AND JUSTIN ELLIS

    Plaintiff, Joseph Louis D'Alessandro, III, pro se, hereby moves this Court for an order granting this Response To Motion To Dismiss of Defendants, Joseph Schrock and Justin Ellis. Plaintiff also moves this Court for this order to grant a Leave To Amend Complaint. Plaintiff states the First Amended Complaint needs the following corrections to avoid dismissal of the complaint filed:

    1. Remove the "and official." (DOC 8; pg. 1; caption).

    2. Edit the "capacities" to capacity. (DOC 8, pg. 1., caption).

    3. These correction must be done because the Plaintiff is suing the defendants in their Individual Capacity <u>Only.</u>

    4. This Court should grant Plaintiff's Response to Motion To Dismiss of Defendants, Joseph Schrock and Justin Ellis freely based on the need to remove "and official" and edit of "capacities to capacity in the caption, so the complaint will not be dismissed. As well as Plaintiff is suing defendants in their Individual capacity <u>only.</u>

    Based upon the foregoing, Plaintiff's Complaint against defendants should

1

not be dismissed and should be allowed to Amend Complaint and make corrections.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response To Motion To Dismiss of Defendants, Joseph Schrock and Justin Ellis has been mailed to J. Bruce Bickner, Assistant Attorney General and the Clerk of Court for filing on August 22, 2017.

Respectfully submitted,

Joseph Louis D'Alessandro, III
DC# B08864
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

2

Joseph Louis D'Alessandro III
DC# B08864, O.C.I.
P.O. Box 1000
Raiford, FL 32083

LEGAL MAIL

U.S. District Court
100 N. Pala Fox Street
Pensacola, Fla. 32502

Mailed from a State Correctional Institution



U.S. POSTAGE >> PITNEY BOWES
ZIP 32026 $ 000.67⁰
0001383720 AUG 22 2017