UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS
UNDER 42 U.S.C. §1983

Joseph Louis D'Alessandro, III
Inmate #B08864, Plaintiff.

CASE NO: 3:17-CV 95/RV/CJK

v.

_____ Schrock,
J. Ellis, _____ Gibbs,
M. Donahoo,
    Defendant(s) (all sued
In their Individual capacity).
_____/

## SECOND AMENDED COMPLAINT

I. PLAINTIFF:
   Joseph Louis D'Alessandro, III
   Inmate #B08864
   Union Correctional Institution
   P.O. Box 1000
   Raiford, Florida 32083

II. DEFENDANT(S):
(1)        _____ Schrock
           Lieutenant
           Santa Rosa C.I.
           5850 East Milton Road
           Milton, Florida 32583

(2)    J. Ellis
       Sergeant
       Santa Rosa C.I.
       5850 East Milton Road
       Milton, Florida 32583

1

Milton, Florida 32583

(3)  _____ Gibbs
Correctional Officer
Santa Rosa C.I.
5850 East Milton Road
Milton, Florida 32583

(4)  M. Dolnahoo
Registered Nurse
Santa Rosa C.I.
5850 East Milton Road
Milton, Florida 32583

III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

Exhaustion of Administrative remedies is required prior to pursuing a Civil Rights Action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. §1997 e (a). Plaintiff is warned that any claims for which the Administrative Grievance process was not completed prior to filing this law suit may be subject to dismissal.

IV. PREVIOUS LAW SUITS:

    A. Have you initiated other actions in State Court dealing with the same or similar facts / issues involved in this action?   No.

    B. Have you initiated other actions in Federal Court dealing with the same or similar facts / issues involved in this action?   No.

    C. Have you initiated other actions (besides those listed above in questions (A) and (B) in either State or Federal Court that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including Civil Rights Complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?   No.

2

D. Have you ever had any actions in Federal Court dismissed as frivolous, malicious, failing to state a Claim, or prior to service? If so, identify each and every case so dismissed:   No.

## V. STATEMENT OF FACTS:

On June 20, 2016 Lieutenant _____ Schrock, Sergeant J. Ellis and Officer _____ Gibbs used excessive force on me. I was in the Charlie dormitory Sally port, and I attempted to assault another inmate. Sergeant J. Ellis pulled the inmate to safety and secured him away from any further threat. Sergeant J. Ellis came up to me when Officer _____ Gibbs was escorting me and Sergeant J. Ellis swung and punched me in my face. Then both Sergeant J. Ellis and Officer _____ Gibbs both slammed me to the floor for no apparent reason but to injure me. Officer _____ Gibbs cut my left leg open with an unknown object and he pressed down the leg restraints on my ankles extremely tight-both causing me severe pain and suffering. Sergeant J. Ellis punched me in my left side of face, and cut my left hand putting a 2-inch laceration, as well as multiple bruises and swelling on my left arm. Lieutenant _____ Schrock came and assisted this excessive force and put all his weight on his left knee on my right arm and elbow area causing bruises, swelling, and my arm has numb feeling. All of this is on video camera recordings. I was then escorted to the post use of force medical exam. R.N. M. Donahoo failed to fully and adequately examine my entire body and properly document all my injuries. She did not examine my legs, ankles and feet because Officer _____ Gibbs told her not to check that area because he knew he pressed the leg restraints tight and cut me that my legs were injured. I did file the Medical Sick-call procedures and my ankles and feet are not fully healed and are always swollen and in pain. I've never had any medical issues in my legs like this prior to this excessive force used on me. The institutional inspector had photographs taken as evidence of all my injuries at complaint. I also stated on the

3

hand held operated video camera all my complaints. I have filed numerous grievances regarding this issue to exhaust my administrative remedies.

VI. STATEMENT OF CLAIMS:

(1). Lieutenant _____ Schrock, Sergeant J. Ellis and Officer _____ Gibbs have maliciously and sadistically harmed and injured me with cruel and unusual punishment violating my Eighth Amendment United States Constitutional Rights.

(2). R.N. M. Donahoo has failed to adequately report, document and treat my injuries with appropriate medical care constituting deliberate indifference and violating my Eighth Amendment United States Constitutional Rights.

VII. RELIEF REQUESTED:

A. Award Compensatory damages in the following amounts:

1. $100,000.00 jointly against defendants _____ Schrock, J. Ellis and _____ Gibbs for the physical and emotional injuries sustained as a result of the beating on Plaintiff.

2. $25,000.00 against Defendant M. Donahoo for not reporting, documenting and treating my injuries with proper medical care.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

4/3/17
(Date)

(Signature of Plaintiff)

4

If mailed by Prisoner:

I DECLARE (or CERTIFY, VERIFY, or AFFIRM) under penalty of perjury that this complaint was delivered to prison officials for mailing on: the __18__ day of __April__, 2017.

Respectfully submitted,

Joseph Louis D'Alessandro, III
Inmate DC#B08864
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

5