UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

v.                                             Case No.  3:17cv95/RV/CJK

J. COKER, et al.,

    Defendants.

_____/

## ORDER

This prisoner civil rights case is before the court upon defendants' Ellis and Schrock's motion to dismiss plaintiff's official capacity damages claims as barred by the Eleventh Amendment. (Doc. 27). Plaintiff's response withdraws all official capacity damages claims and seeks leave to file a second amended complaint removing the claims. (Doc. 34 (response); Doc. 35 (proposed second amended complaint)). Plaintiff's withdrawal of his official capacity damages claims renders amendment unnecessary.

Accordingly, it is ORDERED:

1. Plaintiff's official capacity damages claims are deemed WITHDRAWN.

2.  Defendants Ellis and Schrock's motion to dismiss plaintiff's official capacity damages claims (doc. 27) is DENIED WITHOUT PREJUDICE AS MOOT in light of plaintiff's withdrawal of those claims.

3.  Plaintiff's request to amend his first amended complaint to remove the official capacity damages claims is DENIED as unnecessary, and his proposed second amended complaint (doc. 35) SHALL NOT TAKE EFFECT.

4.  The Case Management and Scheduling Order (doc. 30) remains in effect for plaintiff's individual capacity damages claims against defendants Ellis and Schrock.

DONE AND ORDERED this 30th day of August, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**