IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

v.                                               Case No. 3:17-cv-95-RV/CJK

J. COKER, et al.,

    Defendants.
_____

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS, JOSEPH SCHROCK AND JUSTIN ELLIS

Defendants, Joseph Schrock and Justin Ellis ("Defendants"), through the undersigned counsel, hereby answer the Amended Complaint filed herein and state:

1. Defendants deny that the Plaintiff has exhausted his administrative remedies.

2. Defendants are without knowledge of the Plaintiff's allegations regarding previous lawsuits, which allegations are therefore denied.

3. Defendants both admit that the Plaintiff attempted to and did assault another inmate as described in the "Statement of Facts" of the Amended Complaint.

4. Defendants deny all statements contained in the "Statement of Facts" alleging that they either singly or in concert with each other or another corrections

officer used excessive force against the Plaintiff or caused or inflicted any injury upon him. Defendants demand strict proof of said allegations.

5. Defendants deny that Plaintiff suffered any injury during the incident described in the Plaintiff's Amended Complaint.

6. Defendants deny all allegations contained in the "Statement of Claims" contained in Plaintiff's Amended Complaint and demand strict proof of said allegations.

7. Defendants deny all allegations that Plaintiff is entitled to compensatory damages in any amount, including but not limited to nominal damages, which prayer for damages is contained in the "Relief Requested" section of Plaintiff's Amended Complaint.

8. Defendants deny any and all allegations of wrongdoing against either or both defendants, which allegations are contained in Plaintiff's Amended Complaint and which are not specifically denied in paragraphs 1 through 7 of this Answer, and demand strict proof of such allegations.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff did not suffer a physical injury due to the action or inaction of these Defendants and is therefore not entitled to compensatory or punitive damages under the Prison Litigation Reform Act, 42 U.S.C. §1997e(e).

2. Plaintiff has failed to state a cause of action against Defendants.

3. Plaintiff fails to establish any injury or violation of his constitutional rights by these Defendants.

4. Plaintiff fails to state a claim upon which relief can be granted against these Defendants.

5. Defendants assert that any and all injuries or damages suffered by Plaintiff were caused in whole or in part by Plaintiff's negligence or wrongful acts and/or misconduct. Plaintiff's negligence and/or wrongful acts are a bar to recovery, or in the alternative serve to diminish any right to recovery the Plaintiff may have.

6. Defendants acted reasonably within the discretion of their positions and the course and scope of employment and did not violate any clearly established statutory or constitutional right of the Plaintiff which a reasonable person would have known; therefore, Defendants are entitled to qualified immunity from suit.

7. Plaintiff cannot establish as a subjective matter that Defendants acted with a sufficiently culpable state of mind as required for liability under 42 U.S.C. § 1983.

8. Plaintiff's claim for damages is barred pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(e) (PLRA) based on lack of a physical injury as a result of the alleged actions by Defendants.

9. Plaintiff failed to exhaust all administrative remedies regarding all or a portion of his claims.

10. Any injury suffered by the Plaintiff is the result of the actions or negligence of another person or other persons and not the result of any action or negligence by Defendants.

11. Defendants reserve the right to amend and supplement these Affirmative Defenses adding such additional Affirmative Defenses as may appear to be appropriate upon further discovery being conducted in this case.

## DEMAND FOR JURY TRIAL

Defendants demand trial by jury on all issues so triable herein.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

/s/  *J. Bruce Bickner*
J. BRUCE BICKNER
Assistant Attorney General
Florida Bar No. 338656
Office of the Attorney General
1300 Riverplace Blvd., Suite 405
Jacksonville, Florida  32207
Telephone: (904) 348-2724  Ext. 105
Facsimile: (850) 488-4872
Email:  James.Bickner@myflorida legal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer and Affirmative Defenses of Defendants, Joseph Schrock and Justin Ellis, was filed electronically through CM/ECF on September 14, 2017, and furnished by United States Mail to Joseph Louis D'Alessandro, III, DC# B08864, Union Correctional Institution, Post Office Box 1000, Raiford, Florida, 32083, on September 14, 2017.

PAMELA JO BONDI
ATTORNEY GENERAL


/s/  *J. Bruce Bickner*
J. Bruce Bickner
Assistant Attorney General
Florida Bar No. 338656