PROVIDED TO
SANTA ROSA C.I. ON
OCT 15 2017
FOR MAILING BY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
   Plaintiff

v.                  Case #: 3:17cv95/RV/CJK

J. COKER, et al.,
   Defendants.
_____/

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Plaintiff, Joseph Louis D'Alessandro, III, moves this Honorable Court and request that this Motion for a temporary restraining order and a preliminary Injunction be granted based upon the following:

1. Plaintiff has filed a federal lawsuit-"1983 Civil Rights Complaint"- against defendants in this court.

2. Plaintiff is currently housed at Santa Rosa Correctional Institution, where two of the defendants are currently employed.

3. Plaintiff is in fear for his safety and well being, by being incarcerated at the Institution where defendants Lt. Joseph Schnock and Sgt. Joshua Ellis are currently employed at.

Filed 1017'17 USDCFLN(PM) 244

-1-

4. Plaintiff wishes to avoid any reprisal brought on by defendants, or any other staff at Santa Rosa Correctional Institution including but not limited to: physical or verbal abuses, personal and legal mail being tampered with or stolen, tampering with meals, etc. Plaintiff request to be transferred to another Institution?

5. Plaintiff has proceeded in forma pauperis in this case, and request the court to direct the United States Marshal to serve the order.

Respectfully Submitted,

Joseph Louis D'Alessandro, III
DC# B08864
Santa Rosa Correctional Institution
5850 E. Milton Road
Milton, FL 32583

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion has been mailed to the U.S. District Court and J. Bruce Bickner, Assistant Attorney General, counsel for defendants, and Julie Jones, Secretary of Florida Department of Corrections, on October 15th, 2017.

-2-

Joseph L. D'Alessandro, III, D#B88804
Santa Rosa Correctional Institution Annex
5850 East Milton Road
Milton, FL 32583

LEGAL MAIL

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

PENSACOLA FL 325

U.S. POSTAGE ») PITNEY BOWES
ZIP 32583
02 1W
0001403059 OCT 16 2017
$ 000.46⁰
IND.

32502-483900

U.S. District Court
100 North Palafox Street
Pensacola, FL 32502