UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

v.                                                Case No.  3:17cv95/RV/CJK

J. COKER,, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated November 2, 2017 (doc. 53). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 53) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for temporary restraining order and preliminary injunction (doc. 47) is DENIED.

**DONE AND ORDERED** this 4th day of December, 2017.

/s/ *Roger Vinson*  
**ROGER VINSON**  
**SENIOR UNITED STATES DISTRICT JUDGE**