IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
   Plaintiff,

V.                               Case No. 3:17CV95/RV/CJK

J. COKER, et al.,
   Defendants.
_____/

## REQUEST FOR ENTRY OF DEFAULT

TO: Clerk of the Court for the Northern District of Florida, Pensacola Division:

You will please enter the default of defendant M. Donahoo for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached declaration of Joseph Louis D'Alessandro, III.

February 5, 2018
Joseph Louis D'Alessandro, III
DC# B08864
Santa Rosa CI
5850 E. Milton Road
Milton, FL 32583

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,
   Plaintiff,

V.                                    Case No. 3:17cv95/RV/CJK

J. COKER, et al.,
   Defendants.
_____/

## DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

Plaintiff, Joseph Louis D'Alessandro, III, states:

1. I am the pro se Plaintiff in the above-entitled matter.

2. The defendant M. Donahoo was served with a copy of the summons and complaint as appears from the proof of service on file.

3. The defendant M. Donahoo has not filed or served an answer or taken other actions as may be permitted by Law although more than 145 days have passed by since she returned the waiver on August 28, 2017. (Doc. 36).

4. No counsel for defendant M. Donahoo has filed a Notice of Appearance since she returned the waiver.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

February 5, 2018
Joseph Louis D'Alessandro, III
DC# B08864
Santa Rosa CI
5850 E. Milton Road
Milton, FL 32583

Joseph Louis D'Alessandro, II, DC#B08864
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

LEGAL MAIL

CHECKED FEB 7 2018

PENSACOLA
MAILED FROM
A STATE CORRECTIONAL
INSTITUTION



ZIP 32583 $ 000.68°
02 1W
0001403059 FEB 06 2018
U.S POSTAGE >> PITNEY BOWES

U.S. District Court Clerk
100 N. Palafox Street
Pensacola, FL 32502

32502-463900