IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III
   Plaintiff,

V.

J. COKER, et al.,
   Defendants.

Case No. 3:17cv95/RV/CJK

RECEPTION AND MEDICAL CENTER
DATE: 4/20/18
INMATE INITIALS: [signature]

## PLAINTIFF'S LIST OF EXHIBITS THAT WILL BE OFFERED INTO EVIDENCE AT THE TRIAL

1) EXHIBIT A: Plaintiff's complete unredacted medical records.

2) EXHIBIT B: Plaintiff's complete unredacted mental health records.

3) EXHIBIT C: Complete Unredacted incident report records of the incident involved in this lawsuit.

4) EXHIBIT D: All fixed wing and hand held camera videos/audio recordings of the incident involved in this lawsuit.

5) EXHIBIT E: All photographs taken of Plaintiff's injuries as a result of the incident involved in this lawsuit.

6) EXHIBIT F: All grievances filed by Plaintiff about the incident involved in this lawsuit.

7) EXHIBIT G: All request filled out to the inspector at Santa Rosa CI about the incident involved in this lawsuit.

Date: April 20, 2018

x [signature]
Joseph L. D'Alessandro, III

## PLAINTIFF'S NARRATIVE WRITTEN STATEMENT OF THE FACTS THAT WILL BE PRESENTED ON HIS BEHALF AT THE TRIAL

On June 20, 2016 Lieutenant Joseph Schrock, Sergeant Justin Ellis, and Correctional Officer Wesley Gibbs used excessive force on me. As I was being escorted through the Charlie dormitory sally port I did attempt to assault another inmate. Ellis pulled that inmate to safety and secured him in wing 3 away from any further threats. Ellis then came back into the sally port. He came up to me and punched me in my face. Then Ellis and Gibbs slammed me to the floor for no other reason but to injure me. Gibbs cut my left leg open with an unknown sharp object and he pressed down the leg restraints on my ankles extremely tight causing me severe pain and suffering. Ellis punched the left side of my face and cut my left hand putting a 2-inch laceration. Schrock then came and assisted this excessive force. He put all his body weight into his left knee and kneed into my right arm and elbow area, pinning my arm to the floor with all his weight. This caused bruising, swelling, and numbness from my elbow to my fingers. All of this incident is on video/audio recordings from the Charlie dormitory sally port fixed cameras and handheld operated camera. I was then taken to medical for a Post Use of Force Examination done by Registered Nurse Mary Donahoo. I explained all of the pain and injuries I had from Schrock, Ellis, and Gibbs' excessive force. Gibbs told her not to examine me and that I would be okay, and she listened. She did not properly examine my body entirely for the pain and injuries I had. She did not report, document, or provide any type of medical care neither. I was taken back to the cell and left in complete physical and mental pain and suffering. From that date up to September 2017 I filed several medical sick calls because of my ankles and feet not being fully healed. Both ankles and feet were constantly swollen and in pain if I was on my feet for prolonged periods of time. I finally recieved quality medical treatment from a Medical Doctor at Union C.I. He placed me on a medication called HCTZ - Hydrochlorothiazide - This medication he told me would help the Edema go down. As briefly prescribed the HCTZ did work to take down the swelling in my ankles and feet. The Medical Doctor then wrote a permanant prescription and without it I would have the same swelling and pain in both my ankles and feet. Besides the described physical pain, I also have had severe mental health problems since the excessive use of force put on me by Schrock, Ellis, and Gibbs. Since

this happened I have had elevated feelings of depression, anxiety, stress, and paranoia. Which has turned into feelings of helplessness and suicidalness. I am afraid that any Correctional officer can hurt me. Ever since this happened when I see other inmates being abused I have resorted to self harm such as cutting on myself. Before this happened to me I did not have medical problems with my legs, ankles, and feet. My mental health was worsened since then. I had one incident happen in November 2017 when I witnessed another inmate get beat and I ended up cutting my artery in my right arm, and almost died from a loss of blood. I was so afraid of the officers that beat that other inmate, that I hurt myself bad. I filed the proper grievances to exhaust all administrative remedy. I had the institutional inspectors office file an incident report and take photos of my injuries. Lieutenant Schrock, Sergeant Ellis, and Correctional officer Gibbs used this excessive force upon me with malicious and sadistic intentions to cause harm and injure me. I must continuously take the prescribed HCTZ Medication, and if I don't my ankles and feet will get swollen and I will be in a lot of pain. I must continuously take the prescribed depression and anxiety Medication, so I don't suffer such extreme depression, anxiety, stress, paranoia, as well as feelings of helplessness and suicidalness. Also to avoid any self harm to myself as an outcome of those feelings. I have suffered tremendously from the excessive force put upon me by Schrock, Ellis, and Gibbs, as well as Donahoo's failing to report, document, or treat my injuries caused from the excessive force.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the true and correct original and Copied foregoing documents has been mailed to: U.S. District Court, 100 N. Palafox St. Pensacola, FL 32502 and J. Bruce Bickner, Assistant Attorney General, Office of the Attorney General, 1300 Riverplace Blvd., Suite 405, Jacksonville, FL 32207 on the 20th day of April, 2018.

Respectfully Submitted,

Joseph Louis D'Alessandro, III
DC# B08864, R.M.C. Main Unit
P.O. Box 628
Lake Butler, FL 32054

<u>WITNESS(ES) THAT THE PLAINTIFF INTENDS TO CALL</u>

1. R.N. Mary Donahoo
121 S. Orange Ave., Suite 1500
Orlando, FL 32801

A. I will ask Donahoo what her job is and what's she supposed to do at any Medical Post Use of Force examination? As well as "what injuries did she see on my body" and did she or did she not treat my injuries?

B. She will testify that she's a Registered Nurse; Explain what she is supposed to do at any Post UOF Exam, and she will explain she didn't see any injuries because she did not treat them.

2. M.D. ___. Perez
Union C.I.
P.O. Box 1000
Raiford, FL 32083

A. I'll ask Perez what his job is and what was I put on the HCTZ medication for?

B. He will testify he's a Medical Doctor and explain the reason why I was put on the HCTZ was for Edema in my lower legs, ankles and feet.

Date: April 20, 2018

x _____
Joseph L. D'Alessandro, III

Joseph L. D'Alessandro, III
W#B088864, R.M.C. M/u
P.O. Box 628
Lake Butler, FL 32054

LEGAL MAIL

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

CHECKED APR 25 2018

U.S. POSTAGE >> PITNEY BOWES
ZIP 32054 $ 000.68⁰
02 1W
0001403571 APR 20 2018

U.S. District Court
100 N. Palafox St.
Pensacola, FL 32502