UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

v.                                           Case No. 3:17cv95/RV/CJK

J. COKER, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 9, 2018 (doc. 81). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 81) is adopted and incorporated by reference in this order.

2. Defendant Nurse Donahoo's motion to dismiss (doc. 72) is GRANTED on qualified immunity grounds and denied in all other respects.

    3. Plaintiff's claim against defendant Nurse Donahoo is DISMISSED WITH PREJUDICE.

    **DONE AND ORDERED** this 8th day of May, 2018.

                  /s/ *Roger Vinson*
                  **ROGER VINSON**
                  **SENIOR UNITED STATES DISTRICT JUDGE**