IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,
v.                                        Case No. 3:17-cv-95-RV/CJK

J. COKER, et al.,

    Defendants.
_____

## **DEFENDANTS' PRETRIAL NARRATIVE STATEMENT**

Defendants Schrock, Ellis and Gibbs, through the undersigned counsel, hereby file this Pretrial Narrative Statement.

Defendants expect that the facts that will be offered at trial will be that on June 20, 2016, Sgt. Justin Ellis was working as the close management sergeant at Santa Rosa Correctional Institution and was escorting inmate Mack from his cell to sick call. Corrections Officer Gibbs was escorting the Plaintiff from sick call back to his cell. Lt. Schrock was in the immediate area.

As the two inmates passed within close proximity to each other, the Plaintiff, Inmate D'Alessandro, tried to strike Inmate Mack with his fists and part of the restraint that he was wearing. The attack was unprovoked by Inmate Mack. Officer

1

Gibbs pinned Plaintiff against the wall, Lt. Schrock took control of Inmate Mack and took him to a secured shower, and Sgt. Ellis came to the aid of Officer Gibbs.

Both Ellis and Gibbs ordered Plaintiff, Inmate D'Alessandro, to cease his combative behavior, but he refused. At that time Ellis and Gibbs redirected Plaintiff to the floor and tried to put a Velcro restraint around his body. Plaintiff tried to bite Sgt. Ellis several times.

Lt. Schrock returned to the scene and pinned Plaintiff's arms to the floor, at which time Officer Gibbs pinned Plaintiff's legs to the floor which allowed Sgt. Ellis to apply the Velcro restraint. Additional restraints were applied.

Lt. Schrock ordered Plaintiff to cease his combative actions at which time Plaintiff complied. Lt. Schrock then ordered the handheld video camera to be brought to the area. When it arrived, Plaintiff was lifted to his feet and walked to medical where he was given a post use of force physical examination. He was found to have only a minor scrape to the back of his left hand.

After the medical examination Plaintiff was returned to his cell. When Plaintiff was placed in his cell he refused to allow the food flap of the cell to be closed and continued to verbalize and hang his arm out of the flap. Eventually he was convinced to allow the food flap to be closed. A closing statement was made on the video and the video turned off.

The Defendants used the minimum amount of force needed to contain the situation, protect the inmate and other inmates from harm, and protect staff. There was no excessive use of force and no injury to Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Response of Defendants' Pretrial Narrative Statement was electronically filed through the EM/ECF filing system and was furnished by United States Mail to Joseph Louis D'Alessandro, III, DC# B08864, Reception and Medical Center, Post Office Box 628, Hwy. 231, Lake Butler, Florida, 32054-0628, on May 31, 2018.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL


*/s/   J. Bruce Bickner*
J. Bruce Bickner
Assistant Attorney General
Florida Bar No. 338656
Office of the Attorney General
1300 Riverplace Boulevard, Suite 405
Jacksonville, Florida  32207
Telephone: (904) 348-2724 Ext. 216
Facsimile: (850) 488-4872
Email:  James.Bickner@myfloridalegal.com