IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JOSEPH LOUIS D'ALESSANDRO, III,

      Plaintiff,

v.                                   Case No. 3:17-cv-95-RV/CJK

J. COKER, et al.,

      Defendants.
_____


## DEFENDANTS' WITNESS LIST

    1.    Mary Donahoo, R.N.
             Blackwater Correctional Institution
             Milton, Florida

Defendants will call this witness to testify as to her findings during the post use of force examination on June 20, 2016, and any other interactions that she had with the Plaintiff.

    2.    Nicholas Mack, Ex-Inmate
             Address unknown
             Pensacola, Florida

Defendants may call this witness to testify as to Plaintiff's actions that led to the subject use of force on June 20, 2016.

1

3.     Warren Fenner
        Corrections Officer
        Santa Rosa Correctional Institution
        Milton, Florida

This witness was the video camera operator on June 20, 2016.  Defendants intend to call him to testify regarding the actions of Plaintiff and the measures taken to deal with said actions.  He will also testify as to all of the circumstances surrounding the incidents of June 20, 2016, involving Plaintiff and himself and all of the other Defendants.  Other testimony is to be determined by the testimony of the Plaintiff.

4.     Lt. Joseph Schrock, Defendant
        Corrections Officer
        Santa Rosa Correctional Institution
        c/o Attorney J. Bruce Bickner

Defendants intend to call this witness to testify regarding the actions of Plaintiff and the measures taken to deal with said actions. He will also testify as to all of the circumstances surrounding the incidents of June 20, 2016, involving Plaintiff and himself and all of the other Defendants.  Other testimony to be determined by the testimony of the Plaintiff.

5.     Wesley Gibbs, Defendant
        Corrections Officer
        Santa Rosa Correctional Institution
        c/o Attorney J. Bruce Bickner

Defendants intend to call this witness to testify regarding the actions of Plaintiff and the measures taken to deal with said actions.  He will also testify as to

all of the circumstances surrounding the incidents of June 20, 2016, involving Plaintiff and himself and all of the other Defendants.  Other testimony to be determined by the testimony of the Plaintiff.

      6.     Sgt. Justin Ellis, Defendant
                Corrections Officer
                Santa Rosa Correctional Institution
                c/o Attorney J. Bruce Bickner

Defendants intend to call this witness to testify regarding the actions of Plaintiff and the measures taken to deal with said actions.  He will also testify as to all of the circumstances surrounding the incidents of June 20, 2016, involving Plaintiff and himself and all of the other Defendants.  Other testimony to be determined by the testimony of the Plaintiff.

      7.     Ryan Muse
                Office of Inspector General
                501 S. Calhoun Street
                Tallahassee, Florida

Defendants may call this witness.  He will testify regarding his investigation of Plaintiff's allegation of abuse, his findings and disposition of case # 16-12096 and any other investigations of Plaintiff or the matter complained of.  Other testimony to be determined by the testimony of the Plaintiff.

      8.     Major John Schwarz
                Santa Rosa Correctional Institution
                Milton, Florida

Defendants intend to call this witness to testify regarding the actions of Plaintiff and the measures taken to deal with said actions.  He will also testify as to all of the circumstances surrounding the incidents of June 16, 2016, involving Plaintiff and himself and all of the other Defendants.  Other testimony to be determined by the testimony of the Plaintiff.

9.    Warden Jimmy Coker
       Santa Rosa Correctional Institution
       Milton, Florida

Defendants may call this witness to testify as to his involvement with the review of the use of force incident complained of.  Other testimony to be determined by testimony of the Plaintiff.

10.   Inspector Mary Gustafson
       Office of Inspector General
       501 S. Calhoun Street
       Tallahassee, Florida

Defendants may call this witness.  She will testify regarding her investigation of Plaintiff's allegation of abuse, her findings and disposition of case # 16-12016, and any other investigations regarding Plaintiff or the incident complained of by Plaintiff, and the existence of any photographs.  Other testimony to be determined by the testimony of the Plaintiff.

11.   Sgt. Robert Olson
       Corrections Officer
       Santa Rose Correctional Institution
       Milton, Florida

4

Defendants intend to call this witness to testify regarding the actions of Plaintiff and the measures taken to deal with said actions. He will also testify as to all of the circumstances surrounding the incidents of June 20, 2016, involving Plaintiff and himself and all of the other Defendants. He may be called to testify as to chain of custody of video. The subject matter of his testimony will be determined by the testimony of the Plaintiff.

    12.    T. Simmons
               Corrections Officer
               Santa Rosa Correctional Institution
               Milton, Florida

Defendants may call this witness to testify as to chain of custody of video. The subject matter of his testimony will be determined by the testimony of the Plaintiff.

    13.    Joseph D'Alessandro, III, Plaintiff

    14.    E. Perez-Lugo, M.D.
               Treating Physician
               Centurian Health Care Services

Defendants may call this witness to testify regarding Plaintiff's physical condition as result of the incident of June 20, 2016.

    15.    All witnesses listed by the Plaintiff.

    16.    Any witnesses listed as nurses or physicians in Plaintiffs medical records who have relevant testimony. This is dependent upon Plaintiff's testimony.

17.    Any individual who responded to Plaintiff's requests or grievances who has relevant testimony.  This is dependent upon Plaintiff's testimony.

18.    Defendants reserve the right to add additional witnesses up to the time of the pretrial conference if such witnesses are determined to be relevant or essential to the full and fair hearing of this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Defendants' Witness List was electronically filed through the EM/ECF filing system and was furnished by United States Mail to Joseph Louis D'Alessandro, III, DC# B08864, Reception and Medical Center, Post Office Box 628, Hwy. 231, Lake Butler, Florida, 32054-0628, this 31st day of May, 2018.

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

*/s/   J. Bruce Bickner*
J. Bruce Bickner
Assistant Attorney General
Florida Bar No. 338656
Office of the Attorney General
1300 Riverplace Boulevard, Suite 405
Jacksonville, Florida  32207
Telephone: (904) 348-2724 Ext. 216
Facsimile: (850) 488-4872
Email:  James.Bickner@myfloridalegal.com

6