IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

v.                                  Case No. 3:17-cv-95-RV/CJK

J. COKER, et al.,

    Defendants.
_____

## **DEFENDANTS' EXHIBIT LIST**

Defendants Schrock, Ellis and Gibbs, through the undersigned counsel, hereby file this list of exhibits which they intend to use at trial.

1.    May offer FDOC Use of Force Packet and Report #2016-06-13165; 16-12096, dated 6/20/2016.

2.    May offer Inspector General Investigation report 16-12016, dated 6/21/2016, Incident date 6/20/2016.

3.    Will offer Plaintiff's FDOC emergency room record dated 6/20/2016.

4.    Will offer Plaintiff's FDOC medical form DC4-708 dated 6/20/2016.

5.    Will offer handheld video dated 6/20/2016.

6.    Will offer fixed wing video dated 6/20/2016.

7. May offer FDOC Chain of custody documents for video-form DC1-801(one for handheld and one for fixed wing).

8. May offer FDOC MINS report, incident number 707086, dated 6/21/16, prepared by Robert Olson.

9. May offer FDOC MINS report, incident number 707096, dated 6/21/16, prepared by Robert Olson.

10. May offer FDOC MINS report, incident number 707387, dated 6/22/16, prepared by Robert Olson.

11. May offer FDOC MINS report, incident number 707168, dated 6/21/16, prepared by Rebecka Kelley.

12. May offer FDOC Charging Disciplinary Report #119-161828 dated 6/20/2016 as well as all parts and subparts of the disciplinary report packet which concerns this incident of June 20, 2016; this includes but is not limited to witness statements, investigation reports, worksheets, witness disposition reports, hearing reports, physical evidence disposition reports and any other documents, many of which contain statements made by the Plaintiff.

13. May offer Plaintiff's FDOC medical records.

14. May offer FDOC Disciplinary Hearing information report.

16. May offer Listing of Plaintiff's FDOC Disciplinary actions.

17. May offer FDOC records of Plaintiff's internal movements.

18. May offer FDOC Daily Record of Special Housing DC6-229 records for Plaintiff.

19. May offer FDOC Daily Record of Special Housing Supplemental DC6-229B records for Plaintiff.

20. May offer FDOC Central Office Grievance log.

21. May offer all grievances filed by Plaintiff.

22. May offer all responses to Plaintiff's Grievances by FDOC personnel.

23. May offer Grievance appeal log.

24. May offer the incident report of the incident of 6/20/2016, DOC form DC6-210, dated 6/20/2016.

25. May offer Inmate requests filed by Plaintiff.

26. May offer all of Plaintiff's medical and mental health records as maintained by FDOC.

27. May offer any photographs of Plaintiff's injury or lack thereof, related to the use of force of 6/20/2016, if said photos are found to exist and are located.

27. May offer any exhibits listed by Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Defendants' Exhibit List was electronically filed through the EM/ECF filing system and was furnished by United

States Mail to Joseph Louis D'Alessandro, III, DC# B08864, Reception and Medical Center, Post Office Box 628, Hwy. 231, Lake Butler, Florida, 32054-0628, on May 31, 2018.

          Respectfully submitted,

          PAMELA JO BONDI
          ATTORNEY GENERAL

          */s/   J. Bruce Bickner*
          J. Bruce Bickner
          Assistant Attorney General
          Florida Bar No. 338656
          Office of the Attorney General
          1300 Riverplace Boulevard, Suite 405
          Jacksonville, Florida  32207
          Telephone: (904) 348-2724 Ext. 216
          Facsimile: (850) 488-4872
          Email:  James.Bickner@myfloridalegal.com