IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III,

    Plaintiff,

v.                                        Case No. 3:17-cv-95-RV/CJK

J. COKER, et al.,

    Defendants.

_____

## DEFENDANTS' OBJECTION TO PLAINTIFF'S REQUEST TO AMEND HIS LIST OF EXHIBITS THAT WILL BE OFFERED INTO EVIDENCE AT TRIAL

Defendants Schrock, Ellis and Gibbs, through the undersigned counsel, hereby file an objection to Plaintiff's Request to Amend His List of Exhibits that Will be Offered into Evidence at Trial and state:

1. Plaintiff has filed a Request to Amend his Exhibit List. (Doc. 92)

2. Plaintiff proposes to offer his mental health records concerning a suicide attempt of April 18, 2018.

3. Plaintiff proposes to offer video of the reactionary use of force necessary to intercede during Plaintiff's suicide attempt of April 21, 2018.

4. The case that will be tried to the jury involve incidents which occurred on June 20, 2018. The facts, occurences and circumstances cover a very finite period of time and a particular set of events.

5. The interjection of something which occurred two years later, under circumstance completely unrelated to the events of June 20, 2016 would be distracting, highly prejudicial and completely irrelevant to any material fact of the case to be tried.

6. The only reason that Plaintiff would want to offer these exhibits is to prejudice the jury or get sympathy from the jury.

**WHEREFORE**. Defendants object to Plaintiffs Motion and request that it be denied.

        Respectfully submitted,

        PAMELA JO BONDI
        ATTORNEY GENERAL


        <u>/s/  J. Bruce Bickner</u>
        J. BRUCE BICKNER
        Assistant Attorney General
        Florida Bar No. 338656
        Office of the Attorney General
        1300 Riverplace Blvd., Suite 405
        Jacksonville, Florida  32207
        Telephone: (904) 348-2720
        Facsimile: (850) 488-4872
        Email:  James.Bickner@myflorida legal.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Defendants' Objection to Plaintiff's Request to Amend His List of Exhibits that will be Offered Into Evidence at Trial was electronically filed through the EM/ECF filing system and was furnished by United States Mail to Joseph Louis D'Alessandro, III, DC# B08864, Reception and Medical Center, Post Office Box 628, Hwy. 231, Lake Butler, Florida, 32054-0628, on June 18, 2018.

    Respectfully submitted,

    PAMELA JO BONDI
    ATTORNEY GENERAL

    */s/   J. Bruce Bickner*
    J. Bruce Bickner
    Assistant Attorney General
    Florida Bar No. 338656