June 15, 2018

Case No. 3:17cv95/RV/CJK

To: Clerk of Court

RECEPTION AND MEDICAL CENTER
DATE: 6/15/18
INMATE INITIALS: [signature]

The Court, through U.S. Magistrate Judge Kahn, ordered on May 1, 2018 "the defendants shall respond to plaintiff's remaining three requests within 14 days from the date of this order." (Doc. 84), Filed 05/01/18.

Up to this date, I have not recieved a full response as to all three requests.

The defendants counsel did hold a telephone conference call. Mr. J. Bruce Bickner, Assistant Attorney General, had me sign a release to get the Dept. of Corrections to release additional documents I requested. I was allowed to view the fixed wing and hand-held videos of the June 20, 2016 incident. But as far as subject requests (a.) and (b.), I have not recieved no information on them from defendants counsel: Mr. J. Bruce Bickner — Which is a violation of this Courts order. (Doc. 84).

Mr. J. Bruce Bickner did say to me over the phone that he is gonna get with the court to schedule

a settlement conference about the settlement and resolution of the case I requested and to have this case resolved and finalized. But he or the Courts has not provided me with any notice of this being scheduled at all?

He also stated the settlement conference can and will be held at Santa Rosa CI, the Pensacola U.S. District Court, R.M.C., or the U.S. District Court in the area of R.M.C. If I am still there.

I will be at R.M.C. for a while pending other matters unrelated to this case.

Mr. J. Bruce Bickners' Ethical Conduct has been bad, as to he was questioning me out about the other matters unrelated to this case. I find it to be highly inappropriate he was seeking information on that, and I am ~~out paper~~ here at R.M.C. pending other matters related to a criminal charge in outside court. Mr. J. Bruce Bickner should not be worried about my other case because it's none of his business.

Can you please answer my inquires at hand?
Thank You.
June 15, 2018

Joseph L. D'Alessandro, III
D#B08864- R.M.C. M/U
P.O. Box 628
Lake Butler, FL 32054

(2)

Joseph Louis D'Alessandro III
DC#B08804, R.M.C. M/U
P.O. Box 628
Lake Butler, FL 32054

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

U.S. District Court
100 N. Palafox Street
Pensacola, FL 32502

CHECKED JUN 20 2018

LEGAL MAIL