IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH LOUIS D'ALESSANDRO, III
    Plaintiff,

V.                  CASE NO. 3:17CV95-RV-CJK

J. COKER, et al.,
    Defendants.

RECEPTION AND MEDICAL CENTER
DATE 6/28/18
INMATE INITIALS

## PLAINTIFF'S REQUEST FOR TRIAL COUNSEL

Plaintiff, Joseph Louis D'Alessandro, III, requests this Honorable Court for Trial Counsel Representation in this case for the following reasons:

1. This case has been set for trial on September 10, 2018. Plaintiff has no experience in trial matters and procedures and needs assistance.

2. Plaintiff is unable to afford counsel.

3. Plaintiff, as a Close management inmate, has extremely limited access to the Law Library and Legal Material.

4. Plaintiff has limited knowledge of Law.

5. Plaintiff has requested to several different Attorneys and Law Firms. But has had no luck in retaining assistance there.

WHEREFORE, Plaintiff request this Honorable Court with the assistance of Counsel for Trial.

June 24, 2018

/s/ Joseph Louis D'Alessandro, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to: U.S. District Court, 100 N. Palafox St. Pensacola, FL 32502 and J. Bruce Bickn Assistant Attorney General, Office of the Attorney General, PL-01 The Capitol, Tallahassee, FL 32399 on this ___ day of June, 2018.

X _____
Joseph Louis D'Alessandro, III
DC#B08864, R.M.C. - Main Unit
P.O. Box 628
Lake Butler, FL 32054

Joseph L. D'Alessandro III, DC#B08804
R.M.C. - Main Unit
P.O. Box 628
Lake Butler, FL 32054

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION



$000.47
71 JUN 23 20

U.S. District Court
100 N. Palafox St.
Pensacola, FL 32502

CHECKED JUL 2 - 2018

32502$4839 C003

LEGAL MAIL